FILED

08 AUG 27 PM 3:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury   '08 CR 2879 JM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| JOSE M. RODARTE-JUAREZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

Count 1

On or about July 25, 2008, within the Southern District of California, defendant JOSE M. RODARTE-JUAREZ did knowingly and intentionally import approximately 15.08 kilograms (approximately 33.18 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

SLF:nlv:Imperial
8/25/08

<u>Count 2</u>

On or about July 25, 2008, within the Southern District of California, defendant JOSE M. RODARTE-JUAREZ did knowingly and intentionally possess, with intent to distribute, approximately 15.08 kilograms (approximately 33.18 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
SABRINA L. FEVE
Assistant U.S. Attorney